IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ERNEST C. MURPH,
    Plaintiff,

vs.                        5:08cv41/SPM/MD

GULF CORRECTIONAL INSTITUTION, et al.
    Defendants.

## REPORT AND RECOMMENDATION

This cause is before the court upon plaintiff's motion for involuntary dismissal in which he seeks to dismiss his case without prejudice. (Doc. 6).

Accordingly, it is respectfully RECOMMENDED:

That plaintiff's motion to dismiss (doc. 6) be granted and this case be dismissed without prejudice.

At Pensacola, Florida, this 10th day of March, 2008.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof. **Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.** A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* **28 U.S.C. § 636;** *United States v. Roberts,* **858 F.2d 698, 701 (11th Cir. 1988).**