IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ERNEST C. MURPH,

    Plaintiff,

vs.                                                      Case No. 5:08cv41/SPM/MD

GULF CORRECTIONAL
INSTITUTION

    Defendant
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS CAUSE comes before the Court for consideration of the magistrate judge's Report and Recommendation. (doc. 7)  Plaintiff has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the report and recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1. The magistrate judge's Report and Recommendation (doc.7) is adopted and incorporated by reference in this order.

2. This case is *dismissed without prejudice* pursuant to Plaintiff's

1

Motion for Involuntary Dismissal (doc. 6).

DONE AND ORDERED this <u>fourteenth</u> day of April, 2008.

        *s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge